IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



NATAJH DEVON MUNFORD,

    Plaintiff,

v.    Civil Action No. 3:13CV389

MEHERRIN RIVER REGIONAL JAIL, et al.,

    Defendants.

**MEMORANDUM OPINION**

Natajh Devon Munford, a Virginia inmate proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. See Dowe v. Total Action Against Poverty in Roanoke Valley, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). Munford's current complaint (ECF No. 23), provides only the barest recitation of facts and fails to provide a cogent explanation as to how each listed defendant purportedly violated Muford's rights. Accordingly, by Memorandum Order entered on January 9, 2015, the Court directed Munford to submit a second particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Munford that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the January 9, 2015 Memorandum Order. Munford failed to submit a particularized complaint or otherwise respond to the January 9, 2015 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Munford.

It is so ordered.

/s/  REP
Robert E. Payne
Senior United States District Judge

Date: February 23, 2015
Richmond, Virginia